## CURTISS EBRON *v.* COMMISSIONER OF CORRECTION

The petitioner Curtiss Ebron's petition for certification for appeal from the Appellate Court, 61 Conn. App. 129 (AC 19574), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

Decided February 7, 2001

## ARTHUR SCIORTINO ET AL. *v.* TOWN OF TRUMBULL

The plaintiffs' petition for certification for appeal from the Appellate Court, 61 Conn. App. 905 (AC 20327), is denied.

*Donald A. Browne,* in support of the petition.

*Warren L. Holcomb,* in opposition.

Decided February 7, 2001

## DONALD D. BOWERS *v.* FLORENCE IRENE BOWERS

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 75 (AC 20420), is granted, limited to the following issue: